**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD WALTER OSSENBERG, | ) | NO. SA CV 10-957-DOC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DEAN HUNTER, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 6, 2011.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE